UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRADLEY THOMAS, individually and on behalf of all
others similarly situated,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   JUL 08 2021   ★

**BROOKLYN OFFICE**

JUDGMENT
19-CV-134 (FB) (CLP)

                            Plaintiff,

       -against-

CHINA TECHFAITH WIRELESS COMMUNICATION
TECHNOLOGY LIMITED, DEFU DONG, DEYOU DONG,
YUPING OUYANG, DELOITTE TOUCHE TOHMATSU
CERTIFIED PUBLIC ACCOUNTANTS LLP, and
FRIEDMAN LLP,

                            Defendants.
------------------------------------------------------------X

       An Order of Honorable Frederic Block, United States District Judge, having been filed on

July 7, 2021, granting both motions to dismiss; it is

       ORDERED and ADJUDGED that both motions to dismiss are granted.

Dated: Brooklyn, New York                    Douglas C. Palmer
       July 8, 2021                          Clerk of Court

                                  by:   */s/ Jalitza Poveda*
                                        Deputy Clerk